Strafford, }
June 28, 1912. }

## STATE v. WALSH.

INDICTMENT, for rape. The defendant excepted to a denial of his motion to quash the indictment on the ground that a witness who testified before the grand jury was incompetent. Transferred from the February term, 1912, of the superior court by *Plummer*, J.

*George T. Hughes*, solicitor, for the state.

*Arthur L. Foote* and *Walter W. Scott*, for the defendant.

YOUNG, J. It is not customary for the court to quash an indictment merely because it may have been produced by the testimony of an incompetent witness. *Commonwealth* v. *Woodward*, 157 Mass. 516; *State* v. *Fassett*, 16 Conn. 457; 17 Am. & Eng. Enc. Law 1283, note 7; 20 Cyc. 1347, note 18.

*Exception overruled.*

All concurred.